# TEST DOCUMENT A